UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALYN HUDSON,<br><br>                      Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY LLC,<br><br>                      Defendant. | Case No.: 17cv287-LAB (MDD)<br><br>**ORDER OF DISMISSAL** |

    The joint motion to dismiss (Docket no. 20) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

    **IT IS SO ORDERED**.

Dated: November 29, 2017

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge